UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
MAY 18 2021
U.S. DIST. CT. COURT

UNITED STATES OF AMERICA

vs.

DINO J. GAUDIO

INFORMATION

NO. 3:21CR-52-BJB

18 U.S.C. § 875(d)

The United States Attorney Charges:

## COUNT 1
*(Interstate Communication with Intent to Extort)*

On or about March 17, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **DINO J. GAUDIO**, knowingly transmitted in interstate commerce, with intent to extort money and other things of value from the University of Louisville, a threat to injure the reputation of the University of Louisville. On March 17, 2021, during an in-person meeting with University of Louisville personnel, defendant **DINO J. GAUDIO** threatened to report to the media allegations that the University of Louisville men's basketball program had violated National College Athletic Association rules in its production of recruiting videos for prospective student-athletes and in its use of graduate assistants in practices, unless the University of Louisville paid defendant **DINO J. GAUDIO** his salary for an additional 17 months or provided the lump sum equivalent of 17 months of salary. Later in the day on March 17, 2021, as a continuation of this threat, defendant **DINO J. GAUDIO** sent a text message to University of Louisville personnel containing one of the recruiting videos he was threatening to send to the

media. This text message traveled from the Commonwealth of Kentucky to outside of the Commonwealth of Kentucky.

In violation of Title 18, United States Code, Section 875(d).

*[signature]*
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:AEG

UNITED STATES OF AMERICA v. **DINO J. GAUDIO**

**PENALTIES**

Count 1: NM 2 yrs./$250,000/both/NM 3 yrs. Supervised Release

### NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.